## RESERVE LIFE INSURANCE CO. *v.* BOWERS, TAX COMMISSIONER OF OHIO.

No. 96.   Argued March 4, 1965.—Decided March 15, 1965.

*Harris K. Weston* argued the cause for appellant. With him on the briefs was *William E. Miller.*

*Edgar L. Lindley,* Assistant Attorney General of Ohio, argued the cause for appellee.   With him on the brief was *William B. Saxbe,* Attorney General of Ohio.

Per Curiam.

The judgment is reversed and the case is remanded to the Court of Appeals, First Appellate District, Ohio. *Wheeling Steel Corp.* v. *Glander,* 337 U. S. 562.

Mr. Justice Black dissents.

Mr. Justice Stewart took no part in the decision of this case.